UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

RE    ALLEN, WALTER (L4SSN:8751)
       ALLEN, CHRISTINE (L4SSN: 1071)    CASE NO. 19-40953
       Debtor

VS.

PHH/OCWEN MORTGAGE
Creditor/Respondent (L4Cred. Acct. No.6024)

### OBJECTION TO PROOF OF CLAIM NO. 12.1

Debtor, by counsel, objects to the above referenced claim, filed by the Respondent in the total amount of $137,244.07 [(with an arrearage claim of $22,702.25)] and assigns the following reasons for same:

1. Ocwen filed a Proof of Claim showing a total balance owing of $137,244.07. A portion of this amount was labeled "deferred principal" of $41,471.22.

2. The problem arises in that the Internal Revenue Service reports that Ocwen took a "tax break" in the form of a "cancellation of debt" to Ocwen of the same amount, $41,471.00.

3. Debtor submits that either Ocwen must permanently reduce their claim by $41,471.00 or they must withdraw their "cancellation of debt" request.

4. In other words, Ocwen cannot be allowed to claim the full balance of the debt and gain tax benefits by filing a "cancellation of debt".

5. The problem arises because the Internal Revenue Service is demanding that taxes be paid on the $41,471.22 "write-off" as income to the debtors.

WHEREFORE, Debtor respectfully requests that your Honorable Court disallow the above-referenced proof of claim, should impose sanctions upon any finding that any charges or allegations in the original the Proof of Claim were not justified, and order such other and further relief as is just and proper.

This 19th day of March 2021

_____
Charles R. Hunt, Attorney for Debtor

DOCUMENT PREP. BY: CHARLES R. "CHAD" HUNT ❖ STATE BAR GA. 0378493 ❖ 112 EAST LEE STREET ❖ DAWSON, GEORGIA 39842 ☎ Fax Available on Request PH.(229)995-4868
E-mail: chadhuntlaw@gmail.com

END OF DOCUMENT

Z:\Shared Files\BNK-PLANS\BNK-PLANS\bnkpoc\AllenW&C.ObjPHHPOC.wpd

UNITED STATE BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
NOTICE

RE   ALLEN, WALTER (L4SSN:8751)
     ALLEN, CHRISTINE (L4SSN: 1071)
     Debtor                                    CASE NO. 19-40953
VS.
     PHH/OCWEN MORTGAGE
     Creditor/Respondent (L4Cred. Acct. No.6024)

THE DEBTOR(S) HAS FILED AN OBJECTION TO YOUR CLAIM IN THIS BANKRUPTCY CASE.

**Your claim may be reduced, modified, or eliminated.** You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case. **If you do not have an attorney, you may wish to consult one.** If not served with this notice in accordance with the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure, a copy of the motion [or other type of pleading] may be obtained upon written request to counsel for the Movant (identified below) or at the Clerk's office.

If you do not want the court to eliminate or change your claim, then you or your attorney shall file with the court a written response to the objection on or before _April 28, 2021_, pursuant to FRBP 9006(f). If you are receiving this notice by mail, you may add 3 days to the response date stated above. The objection or response should be sent to:

   Clerk, U.S. Bankruptcy Court
   Middle District of Georgia
   PO BOX 2147
   Columbus, GA 31902

If a response is filed, a hearing on the objection to your claim shall be held on:

_May 11_, 20_21_, AT _2:00_ [A.M./**P.M.**] at:
901 Front Avenue, One Arsenal Place, Columbus, GA 31902.

"Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" on the Court's website (www.gamb.uscourts.gov) and refer to Administrative Orders 137 and 139 prior to the hearing for instructions on whether to appear in person or by phone."

If you mail your response to the court for filing, you shall send it early enough so the court will **receive** the response on or before the response date stated above.

Any response shall also be served on the objecting party.

If you or your attorney does not take these steps, the court may decide that you do not oppose the objection to your claim.

This notice is sent by the undersigned pursuant to LBR 3007-1

BNK - RESPONDENT CERTIFICATE OF SERVICE: This is to certify that I have this day served the Debtor(s) Walter & Christine Allen, 3817 Meadowlark Drive, Columbus, Ga, 31906, Respondent, at the address on the Proof of Claim to wit: Ocwen/PHH Mortgage, Attn: Bankruptcy Department, P.O. 24605, West Palm Beach, Florida, 33416-4605 , the Respondent's Attorney, Aldridge Pite, LLP, Fifteen Piedmont Center, 3375 Piedmont Road, N.E., Suite 500, Atlanta, Ga 30305 , the Chapter 13 Trustee, P.O. Box 1907, Columbus, GA 31902, and the U.S. Trustee, 433 Cherry St., Suite 510, Macon, Ga. 31201, with a copy of the foregoing matters by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon, or by hand-delivery, or by electronic notice.

_March 29, 2021_                                    _/s/ Charles R. Hunt_
Date                                                 Charles R. Hunt, Attorney for Debtor

DOCUMENT PREP. BY: CHARLES R. "CHAD" HUNT ♦ STATE BAR GA. 0378493 ♦ 112 EAST LEE STREET ♦ DAWSON, GEORGIA 39842 ☏ Fax Available on Request
PH.(229)995-4868
E-mail: chadhuntlaw@gmail.com
END OF DOCUMENT

Z:\Shared Files\BNK-PLANS\BNK-PLANS\bnkpoc\AllenW&C.ObjPHHPOC.wpd