**SO ORDERED.**

**SIGNED this 4 day of May, 2021.**



_____
**John T. Laney, III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

RE   ALLEN, WALTER (L4SSN:8751)
     ALLEN, CHRISTINE (L4SSN: 1071)          CASE NO. 19-40953
     Debtor
VS.

PHH/OCWEN MORTGAGE
Creditor/Respondent  (L4Cred. Acct. No.6024)

## ORDER ON DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 12-1

The foregoing matter having come before the court on a Motion of Debtor Objecting to a Proof of Claim in the amount of $137,244.07; the Objection has been properly noticed and served.

There having been no written response filed in response to the Objection to Proof of Claim.

IT IS ORDERED, adjudged, and decreed that the arrearage claims #45 & #46, filed by creditor, PHH/Ocwen Mortgage, total amount of $23,152.25, is hereby disallowed; and in the place thereof, said creditor is allowed a claim in the amount of $0.00. Additionally, PHH/Ocwen is HEREBY directed to reduce its total mortgage balance from $137,244.07 to $95,773.07 in writing to this court within 30 days from this date of this Order.

END OF DOCUMENT

DOCUMENT PREP. BY: CHARLES R. "CHAD" HUNT ❖ STATE BAR GA. 0378493 ❖ 112 EAST LEE STREET ❖ DAWSON, GEORGIA 39842 ❖ Fax Available on Request  PH.(229)995-4868
E-mail: chadhuntlaw@gmail.com

Z:\Shared Files\BNK-PLANS\BNK-PLANS\bnkpoc\AllenW&C.ObjPHHPOC.wpd