**SO ORDERED.**

**SIGNED this 4 day of May, 2021.**



_____
**John T. Laney, III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

RE   ALLEN, WALTER (L4SSN:8751)
     ALLEN, CHRISTINE (L4SSN: 1071)      CASE NO. 19-40953
     Debtor
VS.

     PHH/OCWEN MORTGAGE
     Creditor/Respondent  (L4Cred. Acct. No.6024)

ORDER ON DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 12-1

The foregoing matter having come before the court on a Motion of Debtor Objecting to a Proof of Claim in the amount of $137,244.07; the Objection has been properly noticed and served.

There having been no written response filed in response to the Objection to Proof of Claim.

IT IS ORDERED, adjudged, and decreed that the arrearage claims #45 & #46, filed by creditor, PHH/Ocwen Mortgage, total amount of $23,152.25, is hereby disallowed; and in the place thereof, said creditor is allowed a claim in the amount of $0.00. Additionally, PHH/Ocwen is HEREBY directed to reduce its total mortgage balance from $137,244.07 to $95,773.07 in writing to this court within 30 days from this date of this Order.

END OF DOCUMENT

DOCUMENT PREP. BY:  CHARLES R. "CHAD" HUNT ❖ STATE BAR GA. 0378493 ❖ 112 EAST LEE STREET ❖ DAWSON, GEORGIA 39842 ϖ Fax Available on Request  PH.(229)995-4868
E-mail: chadhuntlaw@gmail.com

Z:\Shared Files\BNK-PLANS\BNK-PLANS\bnkpoc\AllenW&C.ObjPHHPOC.wpd

United States Bankruptcy Court

Middle District of Georgia

In re:     Case No. 19-40953-JTL

Walter E. Allen, Jr.     Chapter 13

Christine Allen

    Debtors

# CERTIFICATE OF NOTICE

District/off: 113G-4     User: dhg     Page 1 of 2

Date Rcvd: May 04, 2021     Form ID: pdfntc     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Walter E. Allen, Jr., Christine Allen, 3817 Meadowlark Dr, Columbus, GA 31906-4611 |
| 12017903 | + | PHH Mortgage, PO BOX 5452, MOUNT LAUREL NJ 08054-5452 |
| 12017904 | + | PHH Mortgage, C/O ALDRIDGE PITE LLP, 15 PIEDMONT CTR, 3575 PIEDMONT RD NE STE 500, ATLANTA GA 30305-1636 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew McCullen | on behalf of Creditor Deutsche Bank National Trust Company as trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE8 Mortgage Pass-through Certificates, Series 2006-HE8 ecfgamb@aldridgepite.com, amccullen@ecf.courtdrive.com |
| Barbara Parker | on behalf of Creditor Internal Revenue Service barbara.parker@usdoj.gov USAGAM.ECF@usdoj.gov;terri.atkins@usdoj.gov;taylor.fite@usdoj.gov |
| Charles R. Hunt | on behalf of Debtor Walter E. Allen Jr. chadhuntlaw@gmail.com |
| Charles R. Hunt | on behalf of Debtor Christine Allen chadhuntlaw@gmail.com |

| District/off: 113G-4 | User: dhg | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 04, 2021 | Form ID: pdfntc | Total Noticed: 3 |

Charles R. Hunt
    on behalf of Attorney Charles R. Hunt chadhuntlaw@gmail.com

Jonathan W. DeLoach
    ecf@ch13trustee.com courtdailysummary@ch13trustee.com

Radha E. Gordon
    on behalf of Creditor Deutsche Bank National Trust Company  as trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE8 Mortgage Pass-through Certificates, Series 2006-HE8 ecfgamb@aldridgepite.com, rgordon@ecf.courtdrive.com

U.S. Trustee - MAC
    Ustp.region21.mc.ecf@usdoj.gov

TOTAL: 8